## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **CHRIS D. GUERIN,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Civil No. 05-60-P-S |
| | ) | |
| **SANDY STULBERGER, et al.,** | ) | |
| | ) | |
| **Defendants** | ) | |

### REPORT OF HEARING AND ORDER
### RE:  DISCOVERY DISPUTE

Held by telephone on Friday, September 9, 2005, at 9 a.m.

Presiding:          David M. Cohen, United States Magistrate Judge

Appearances:     For Plaintiff:              Anthony K. Ferguson, Esq.

          For Defendants
            Stulberger:              Mark E. Dunlap, Esq.
            Alamo Rent-A-Car LLC:   Christopher C. Dinan, Esq.

The dispute involved the question whether and, if so, to what extent defendant Stulberger is obligated to pay the plaintiff's treating physician and designated expert, Dr. G. Thomas Caldwell, for 5 hours of billed preparation time in connection with Stulberger's deposition of Dr. Caldwell. Stulberger has agreed to pay Dr. Caldwell for the time he actually spent in the deposition but takes the position that Dr. Caldwell's preparation time is the plaintiff's responsibility.  It should be noted that Mr. Ferguson met with Dr. Caldwell to prepare for the deposition and that that preparation time was

1

billed directly to Mr. Ferguson. The preparation time at issue here is the five hours otherwise claimed by Dr. Caldwell as having been spent preparing for the deposition. The hourly rate charged by Dr. Caldwell for that time is not itself an issue.

At the hearing neither Mr. Dunlap nor Mr. Ferguson was able to tell me how Dr. Caldwell spent the five hours at issue or why it was necessary for him to so spend that time preparing for his deposition. In the circumstances where Dr. Caldwell is the plaintiff's treating physician, I am not prepared to order Stulberger to pay Dr. Caldwell for this time in the absence of such information and a determination by me that such time, or some specified portion of it, was reasonably expended. Thus, I rule in favor of Stulberger at this time but without prejudice to the plaintiff's ability subsequently to seek a ruling compelling Stulberger to pay some or all of Dr. Caldwell's disputed preparation-time charges based on a submission detailing how Dr. Caldwell spent the disputed time and why he deemed it necessary to his preparation for his deposition. Of course, before returning to court, counsel shall confer in a good faith effort to resolve the dispute on their own.

*SO ORDERED*.

### CERTIFICATE

A. This report fairly reflects the actions taken at the hearing and shall be filed forthwith.

B. Any objections to the report shall be filed in accordance with Fed. R. Civ. P. 72.

Dated this 9th day of September, 2005.

/s/ David M. Cohen
David M. Cohen
United States Magistrate Judge